## IN THE COURT OF APPEALS OF TENNESSEE
## WESTERN SECTION AT JACKSON

CYNTHIA A. PHILLIPS, PAUL
PHILLIPS, JUDY WEBB, and
GLENN WEBB,

    Plaintiffs/Appellees,

VS.

FRANCIS PEROT,

    Defendant/Appellant,

and

KELLY L. PHILLIPS, by and through
her legal guardian and parent,
TERESA THURMAN, and TERESA
THURMAN, Individually,

    Plaintiffs/Appellees,

VS.

FRANCIS CERIAC PEROT,

    Defendant/Appellant.

**Dyer Circuit No. 93-137 & 93-144**

**Appeal No. 02A01-9704-CV-00094**

FILED

**March 17, 1998**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

## CONCURRING OPINION

While I concur with the opinion of the majority of the Court in this case, I respectfully submit that there is a lack of uniformity and certainty in the cases which discuss the proper ratio of additurs or remittiturs to jury verdicts. [e.g. Foster v. Amcon International Inc., 621 S.W.2d 142 (Tenn. 1981); Guess v. Morrey, 726 S.W.2d 906 (Tenn.App. 1986); Anderson v. Latham Trucking Co., 728 S.W.2d 752 (Tenn. 1987)]. Perhaps the best way to reconcile this case with other similar cases is to place the emphasis on determining whether or not the additur or remittitur would result in an award not only proportionally different from the jury verdict but also substantially different in absolute terms. That is to say, verdicts of relatively small amounts of money might be granted additurs or remittiturs of greater percentages than verdicts of relatively large amounts. The verdicts in this case were modest, so that the additurs do not substantially alter the end result.

**CONCUR:**

_____
Lanier, Sp. J.